# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV376 |
| | ) | |
| V. | ) | |
| | ) | |
| OAKVIEW ONE STOP, LLC, GENE EGR, and MICHELLE EGR, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Suggestion of Bankruptcy (filing 30) filed by Defendant Michelle Egr. Ms. Egr has stated that, on or about July 30, 2013, she filed a petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Nebraska.

Upon consideration,

**IT IS ORDERED:**

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

**DATED August 5, 2013.**

> **BY THE COURT:**
>
> **S/ F.A. Gossett**
> **United States Magistrate Judge**