IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| MICHELLE J. EGR, | ) | |
| | ) | CASE NO. BK13-41456-TLS |
| Debtor(s). | ) | |
| UNITED STATES OF AMERICA, | ) | A13-4042-TLS |
| | ) | |
| Plaintiff(s), | ) | 8:12CV376 |
| | ) | |
| vs. | ) | CHAPTER 7 |
| | ) | |
| OAKVIEW ONE STOP, LLC; GENE EGR; and MICHELLE EGR, | ) ) ) | |
| Defendant(s). | ) | |

REPORT & RECOMMENDATION

This matter is before the court on the plaintiff's motion for withdrawal of the reference (Fil. No. 10). No objections were filed.

In 2007, the defendants executed a loan agreement with Bank of America, N.A., to borrow $35,000 through a U.S. Small Business Administration program. The loan was guaranteed by the Egr defendants. In 2010, the defendants defaulted on the note, and in October 2012, the government filed a lawsuit to collect the debt. On July 30, 2013, defendant Michelle Egr filed a Chapter 7 bankruptcy petition in this district, which stayed all proceedings against her and resulted in the referral of the lawsuit to this court.

The debtor has now received a discharge in the bankruptcy case. Therefore, I respectfully recommend to the district court that it grant the plaintiff's motion and withdraw the reference of this case to permit the litigation to proceed against the non-debtor parties.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED:   January 2, 2014

RESPECTFULLY SUBMITTED,

/s/ Thomas L. Saladino
Chief Judge

Notice given by the Court to:
    *Laurie M. Barrett    David G. Hartmann
    Erin M. McCartney    U.S. Trustee
Movant (*) is responsible for giving notice to other parties if required by rule or statute.