# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV376 |
| | ) | |
| V. | ) | |
| | ) | |
| OAKVIEW ONE STOP, LLC, GENE EGR, and MICHELLE EGR, | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Report and Recommendation of Chief U.S. Bankruptcy Judge Thomas L. Saladino (filing 32) recommending that this Court withdraw the reference of this case to allow litigation to proceed against the non-debtor parties. The time for filing objections to the Report and Recommendation has passed. *See* NEGenR 1.5(b)(2).

For good cause shown, the Court finds that the Report and Recommendation should be adopted.

Accordingly,

**IT IS ORDERED:**

1. The Report and Recommendation (filing 32) is adopted.

2. The adversary proceeding shall progress in this Court.

3. By February 19, 2014, the parties shall submit a joint report to the Court detailing their suggestions with respect to case progression.

**DATED February 5, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**